**Merriel J. HUFFMAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 04–3054.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).